AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | **APPEARANCE** |
| v. | CASE NUMBER: 98-253(SEC) |
| JACQUELINE DIAZ, et al<br>Defendant. | |

To the Clerk of this court and all parties of record:

    Enter my appearance as **COUNSEL** in this case for the United States of America. Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney Lynn Doble Salicrub be terminated.


January 25, 2007                                /s/ *Vernon Bénet Miles*

*Date*                                                     Signature

                                                     *Vernon Bénet Miles, AUSA  - USDC No. 219303*
                                                      *Print Name*

                                                     *Suite 1201, Torre Chardon,*
                                                     *350 Carlos Chardon Street*
                                                     *Hato Rey, Puerto Rico 00918*
                                                     *Address*

                                                     *(787) 766-5656*
                                                     Phone Number
                                                     vernon.miles@usdoj.gov
                                                     E-mail Address

**Notice of Appearance**
**Criminal No. 98-253(SEC)**
**Page No. 2**

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this date January 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/ *Vernon Bénet Miles*
Vernon Bénet Miles, AUSA  - 219303
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico 00918
(787) 766-5656
E-mail Address: vernon.miles@usdoj.gov